## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

**Zach and Audrey Baker et al**

Plaintiffs,

    v.       Case No. 4:20 cv 00003 - HFS

**Crossroads Academy-Central Street et al**

Defendants

### Plaintiffs' Opposition to Motions to Dismiss ECF 24 & 26

The defendants Rex Archer (ECF 25) and Bridgette Casey (ECF 23) have filed motions to dismiss relying upon rulings by this Court in Case No. 4:19-cv-00682 which those defendants have denominated as "Baker 1." The defendants have asked that the Court re-apply the same legal reasoning made in Baker 1.

Given that Baker 1 has been appealed to the Eighth Circuit and that those appellants have addressed the Court's legal reasonings and rulings in Baker 1 in their appellant brief, in the interest of brevity the plaintiffs attach that appellants' brief and incorporate their arguments as fully set forth herein. The appellant brief has a table of contents which will inform the Court as to each argument and the legal reasons and case law why each defendants' legal contention is erroneous.

As the plaintiffs prior briefing in 4:19-cv-00682 and the appellate brief demonstrates, Form 11 is government compelled speech, the Missouri statute and regulations restrain the plaintiffs' speech, burden religion, and treat these plaintiffs unequally as compared to other parents (and particularly parents exercising a medical exemption) who are not required to undergo the "education" sessions.

1

WHEREFORE the defendants' motions to dismiss should be denied.  This matter should be remanded back to the Jackson County Circuit Court.

By  /s/ Linus L. Baker
Linus L. Baker  MO 44980
6732 West 185th Terrace
Stilwell, KS  66085-8922
Telephone:   913.486.3913
Fax:            913.232.8734
E-Mail: linusbaker@prodigy.net
Attorney for the Plaintiffs