IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

**Zach and Audrey Baker et al**

Plaintiffs,
v.

Case No. 4:20 cv 00003 - HFS

**Crossroads Academy-Central Street et al**

Defendants

## Certificate of Service of Eric S. Schmitt

The defendant Eric S. Schmitt was served with summons and petition on June 9, 2020.

By /s/ Linus L. Baker
Linus L. Baker  MO 44980
6732 West 185th Terrace
Stilwell, KS  66085-8922
Telephone:   913.486.3913
Fax:              913.232.8734
E-Mail: linusbaker@prodigy.net
Attorney for the Plaintiffs